FILED
CLERK, U.S. DISTRICT COURT
SEP 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRANCE K. NORMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>J.M. CORTEZ, et al.,<br><br>        Defendants. | Case No. EDCV 08-885-AHM (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: Sept. 16, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE